**Order entered August 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00096-CR
No. 05-13-00097-CR

**CRYSTAL LIVELY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-45876-K, F11-56676-K**

## ORDER

The Court **REINSTATES** the appeal.

On July 9, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and is represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Hendrickson asked for forty-five days from the August 6, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file her brief by **SEPTEMBER 20, 2013**. Because appellant has already been granted one extension and appellant's brief is now two months overdue, no

further extensions will be granted. If appellant's brief is not filed by the date specified, we will order Nanette Hendrickson and the Dallas County Public Defender's Office removed as appellant's counsel and will order the trial court to appoint a new attorney to represent appellant in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Nanette Hendrickson, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.


/s/     DAVID EVANS
        JUSTICE